IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE THE FORMER MARRIAGE OF KENTON GIRARD, | ) ) ) |
| Petitioner, | ) Case Number: 26-cv-42 ) |
| v. | ) Removed from the Circuit Court of ) Cook County, Illinois, |
| JANE GIRARD, | ) Case No. 2015 D 9633 ) |
| Respondent. | ) ) |
| (MARISSA GIRARD, | ) The Hon. Sharon Johnson ) Coleman, Judge Presiding. ) |
| Third-Party Respondent.) | ) |

### JANE GIRARD'S MOTION TO REMAND

For the reasons set forth in her Memorandum in Support of her Motion to Remand, Respondent, Jane Girard hereby moves this Court for an order (i) remanding this case to the Circuit Court of Cook County, Illinois *instanter* to allow the trial in this matter scheduled to begin on January 6, 2026 to proceed, and (ii) requiring Kenton Girard, the removing party, to pay her costs and any actual expenses, including attorneys' fees, incurred as a result of this improper removal.

Respectfully submitted,
**JANE GIRARD**

/s/ *Matthew D. Elster*

**BEERMANN LLP**
161 N Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 6TH day of January, 2026, a copy of the foregoing *Motion to Remand* was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/ *Matthew D. Elster*