# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

)
Plaintiff )
)
) Case Number:
v. )
) Judge:
)
)
Defendant )

## NOTICE OF MOTION

**TO:** _____

_____

_____

**PLEASE TAKE NOTICE** that on _____ **at** _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in **Courtroom** _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: /s/ *Matthew D Elster* _____   Date: _____

Name (Print): _____

Address: _____   Phone: _____

_____

_____

Rev. 06/29/2016