## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF KENTON GIRARD, | ) ) ) | |
| Petitioner, | ) ) | Case Number: 26-cv-42 |
| v. | ) ) | Removed from the Circuit Court of Cook County, Illinois, |
| JANE GIRARD, | ) ) | Case No. 2015 D 9633 |
| Respondent. | ) ) | The Hon. Jeremy Daniel, Judge |
| (MARISSA GIRARD, | ) ) | Presiding. |
| Third-Party Respondent.) | ) | |

## RELEASE AND SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 16th day of July, 2026 in favor Jane Girard and against Kenton Girard, in the amount of $15,145.00 [Dkt. No. 39]; and

WHEREAS, said judgment with interest and costs thereon has been fully paid, and it is certified that there are no outstanding executions or citations to discover assets;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and make a record hereof.

**AGREED**:

/s/ *Matthew D Elster*

**BEERMANN LLP**
*Attorneys for Jane Girard*
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
mdelster@beermannlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2026, a copy of the attached document was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

*s/ Matthew D. Elster*